APPEAL NO. 04-15-00012-CV
TRIAL NO. 2005-CI-18884

RODARTE, JOHN, E.
AFFIANT, APPELLANT, MOVANT,
PETITIONER IN PROPIA PERSONA
VS.

BEXAR COUNTY, TEXAS, SHERIFF.
RALPH LOPEZ, ET AL
DEFENDANTS, APPELLEES

IN THE FOURTH COURT

OF APPEALS

SAN ANTONIO TEXAS

FILED IN THE COURT OF APPEALS AT SAN ANTONIO TEXAS
2015 NOV -9 PM 12:11
KEITH HOTTLE CLERK

MOTION TO PROCEED TO TEXAS SUPREME COURT;
NO NOTICE OF JUDGEMENT OR ORDER FROM APPELLATE COURT;
FILING OF COMPLAINT AGAINST TEXAS DEPARTMENT OF
CRIMINAL JUSTICE -ID
WITH BRIEF IN SUPPORT THEREOF

TO THE HONORABLE JUSTICES AND COURT:

NOW COMES JOHN E. RODARTE SR. APPELLANT, PLAINTIFF, AND ON THIS
DATE OF NOVEMBER 01, 2015 COMPLETES THIS MOTION, FOR THE ABOVE
STYLED AND NUMBERED CAUSE OF ACTION, APPELLANT WILL SHOW THE
FOLLOWING:

1. APPELLANT'S APPEAL FOR 04-15-00012-CV WAS SET FOR FORMAL
SUBMISSION ON OCTOBER 07, 2015 TO WHICH APPELLANT DID
NOT RECEIVE NOTICE OF JUDGEMENT FROM THE FOURTH COURT OF
APPEALS. APPELLANT DID RECEIVE NOTICE OF DECISION ON
APPELLATE CASE # 04-14-00922-CV, ALSO HEARD ON OCT. 07, 2015.

2. PURSUANT TO T.R.A.P. 4.5 (a)(b)(c)(1)(a)(d) SIMPLY STATED, APPELLANT CANNOT
PROCEED TO THE TEXAS SUPREME COURT, IN CASE OF AN ADVERSE
DECISION ON OCTOBER 07, 2015, IF A DECISION WAS RENDERED AT ALL.

3. APPELLANT RODARTE SR. ASK FOR LEAVE OF COURT, TO PROCEED TO
THE TEXAS SUPREME COURT IN THIS CAUSE OF ACTION 04-15-00012-CV
IF AN ADVERSE DECISION HAS INDEED BEEN RENDERED.

4. IT IS UNCLEAR, IF THIS COURT IS/DID REQUEST ANOTHER TRUST FUND
PRINTOUT ON OCTOBER 23, 2015 FOR APPEAL NO. 04-15-00647-CV;
APPELLANT DID IN FACT SUBMIT AN APPEAL BRIEF, WITH CHAP. 14,
LISTING OF INDIGENT LITIGATION.

5. APPELLANT DID NOT SUBMIT A PRINTOUT AS PER THIS COURT'S
REQUEST FOR A PRINTOUT TO GO ALONG WITH CHAP.14 CIV. PRAC. + REM.
LISTING. NEXT, AS IT HAS BEEN COMPLAINED OF TO THIS COURT
OF THE DIFFICULTY OF OBTAINING INDIGENT SUPPLIES, THAT
WOULD AFFECT TIMELY FILINGS, COMPLETIONS OF LEGAL DOCUMENTS,
BY SAID MIS-APPLICATION OF TDCJ POLICIES, OFFICER'S OWN
MIS-INTERPRETATION OF POLICY, OR PERSONAL VADETTAS,
RETALIATION, MUST AFFECT THE COMPLETION AND TIMELY
FILINGS BY APPELLANT, AS WELL AS OTHERS. IT IS
REQUESTED BY APPELLANT THAT THE HONORABLE COURT TAKE
NOTICE OF COMPLAINT, AND SERVE NOTICE UPON THE
WARDEN OF THE CLEMENTS UNIT. SEE NON-NOTICE OF NEW
SUIT IN DIST. COURT. SEE COMPLAINT IN U.S.D.C. SAN
ANTONIO DIV. # 5:15-CV-00870; SA-15-CA-870-FB.

RESPECTFULLY SUBMITTED,

i.



Trial No. 2010-CI-14597

Beneficial Texas Inc.,
Its Successors and Assigns.
Plaintiff
Vs.

John E. Rodarte Sr.
Defendant

IN THE District Court

166th Judicial District

Bexar County, Texas

IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2016 NOV -9 PM 12:11
FILED
KEITH E. HOTTLE CLERK

Motion for New Trial / Motion to Reinstate
Motion to Dismiss Pursuant R. 736.11(a)(b)

To the Honorable Judge and Court:

Now John E. Rodarte Sr., Affiant, Defendant, Movant in Propia Persona on this date of November 02, 2015 for mailing on November 03, 2015 completes this document for the, above styled and numbered cause of action, will invoke the Mailbox Rule, in order to preserve court's plenary power and will show the following:

On October 07, 2015 Judge Michael Mery. Granted Plaintiff's Second Motion for In Rem Summary Judgement.

This Judgement, is contrary to R. Civ. Pro. 94 Affirmative Defenses, 7th Amend. Right to Jury Trial, 14th Amend. Right to Due Process. See Nowak Vs. DAS Investment Corp. 110 S.W.3d 677; Pollard Vs. Hanschen 315 S.W.3d 636 and 529 F.3d 548. Summary Judgements, are directed verdicts should not be granted, when issues of fact and evidence, are better suited before a Jury.

That Plaintiff's Cause of Action against Defendant, is based on Fraud, see Texas Civ. Prac. & Rem. 12.001, 16.035(b), in that, Plaintiff's action invokes no Jurisdiction upon Trial Court, due to two reasons as a matter of law. Plaintiff's contract in question, is based on a breach of contract, fails to conform to Texas Const. Art. 16 § 50 and its subsections, and Art. 16 § 51,52, Texas Property Codes 41.001 (a)(b) (c); 41.002 (a)(b)(c); 51.001, 51.002, Title 11 USCA § 522(f)(1)(2)(b). Back to Reasons, as a matter of law, One: Plaintiff's Cause of Action, is beyond the 4 year limitation found in Civ. Prac. & Rem. 16.035(b) see In Re Ortegon 398 B.R. 431; Biedryck Vs. U.S. Bank Nat. Assoc. 2015 Tex. App. Lexis 4794; Khan Vs. GBAK Prop. Inc. 371 S.W.3d 347 and Sim Vs. Carrington Mort. 440 S.W.3d 10. In that, when Plaintiff gave notice of Acceleration letters on July 26, 2010 and filed their original petition for foreclosure on August 31, 2010, to the October 07, 2015 granting date, not withstanding the date of contract December 22, 2006, Plaintiff was truly beyond the four year limitation.

1.

RODARTE'S MOTIONS FOR NEW TRIAL/REINSTATE BENEFICIAL (NOV. 03, 2015)

REASON TWO, AS A MATTER OF LAW, AS PER PLAINTIFFS EXHIBIT OF A INTERLOCUTORY IN REM SUMMARY-JUDGEMENT SERVED ON JULY 11, 2013 AND AUGUST 28, 2013 AS TO DEFENDANT RODARTE SR. TO THE OCTOBER 07, 2015 DATE, DEFENDANT RODARTE SR. CLAIMS THAT THE 5th AMEND. DOUBLE JEOPARDY CLAUSE APPLIES THROUGH JUDICIAL COLLATERAL ESTOPPEL, ISSUE AND CLAIM PRECLUSION. SEE ALLEN VS. McCURRY 101 S.CT. 411, FULLERTON VS. STATE FARM 118 F3d. 374, McCOY VS. HERNANDEZ 203 F.3d 261. TEXAS LAW.
REASON TWO, THE DATE OF JULY 11, 2013 AND AUGUST 28, 2013 BECOME IMPORTANT UNDER COURT'S PLENARY POWER TO ACT, TO WHICH DEFENDANT RODARTE SR.'S BELIEF, THAT ON OCTOBER 07, 2015 TRIAL COURT HAD NO AUTHORITY TO ACT, DUE TO THE PLAINTIFF BEING THE STATUTORY TWO YEAR LIMITATION IN WHICH TO FILE AN ACTION FROM THE JULY 11, 2013 AND AUGUST 28, 2013 DATES, TO THE OCTOBER 07, 2015 HEARING DATE, THAT GOES BEYOND THE 75 DAY PLUS 30 DAY OPERATION OF LAW FOR REASONS ONE AND TWO. SEE ATASCOSA APPRAISAL DIST. VS. TYMRAK 815 S.W.2d 356, SEE NICKERSON VS. TDCJ-ID 2011 WL 2732605; PRADO VS. CITY OF FREDRICKSBURG 2011 WL 1150368, Civ. Prac. + Rem. 16.003(a)

DEFENDANT RODARTE SR.: DOES NOT PROFESS TO BE AN ATTORNEY, BUT HAS ATTEMPTED TO CONTACT NUMEROUS LAWYERS TO NO AVAIL. THE SAME GOES FOR MRS. VALERIE ALONZO, WHO UNDERWROTE BOTH A GENERAL WARRANTY GIFT DEED AND LAST WILL AND TESTAMENT FOR RACHEL A. RODARTE, PLACING THE PROPERTY IN QUESTION, IN HER SON'S NAME, A LIVING HEIR JOHN E. RODARTE SR. MRS. ALONZO IS A SAN ANTONIO LAWYER, PHONE: (210) 340-3270. SEE ALSO A DIVORCE DECREE # 1995-CI-05393 BEXAR COUNTY, TEXAS WHERE SAID PROPERTY WAS DECREED TO MR. RODARTE SR. IN JUNE 22, 1998.

THEREFORE, RODARTE SR BELIEVES, THAT THE OCTOBER 07, 2015 IN SPITE OF TESTIMONY BY RODARTE SR. AS TO MATTERS OF LAW, SHOULD BE VOID, AND BROUGHT BEFORE A NEW TRIAL, REINSTATED TEXAS R. Civ. Pro. 165a.3, THE COURT SHALL REINSTATE THE CASE UPON FINDING AFTER A HEARING, THAT THE FAILURE OF A PARTY WAS NOT INTENTIONAL OR THE RESULT OF CONSCIOUS INDIFFERENCE, BUT WAS DUE TO AN ACCIDENT OR MISTAKE OR THAT THE FAILURE HAS BEEN OTHERWISE REASONABLY EXPLAINED.

THIS WOULD APPLY ALSO TO TIMELY FILING OF ACTION AGAINST THE SAME PARTY, AN ASSIGN/SUCCESSOR CALIBER HOME LOANS BY RODARTE SR. SHOULD BE ON FILE BEXAR COUNTY DIST. CLERK'S OFFICE, AS A NEW # OR 2010-CI-14593, THUS ACCOUNT FOR DISMISSAL OF PLAINTIFF'S ACTION PURSUANT TO TEXAS R. Civ. Pro. 736.11 (a)(2). THEREFORE, RODARTE SR. INVOKES THE PROTECTION OF THE FEDERAL MAILBOX RULE. RODARTE SR. CONTINUES TO HAVE DIFFICULTY WITH TDCJ-CLEMENTS UNIT INDIGENT MAIL STAFF.

RESPECTFULLY SUBMITTED

2.

## PRAYER

Defendant John E. Rocarte Sr., makes his petition known to God in the highest, that the Honorable Court, grant him the relief sought through his faith and this writing.

Respectfully Done

## ORDER

Came on this date to be heard by fiat, that Defendant Rocarte Sr's motion for new trial/motion to reinstate, upon this County determinations of the pleadings and matters of law, this motion, is hereby:

_____ DENIED                                    _____ GRANTED

EXECUTED ON THIS _____ DAY OF _____ 2015

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy, has been sent by first class mail to Mr. Bruce H. Neyland 14350 Northbrook Suite 150 San Antonio, Texas 78232. It is requested of the clerk, and Mr. Neyland by Mr. Rocarte Sr. that they give notice to Caliber Home Loans, all Trustees, Beneficiaries & Ms. Lilia Gibson at 700 Navarro St. Ste. 300 San Antonio, Texas 78205.

EXECUTED THIS November 03, 2015

Respectfully Done

J. R. Lia.
11/03/2015

3.

John E. Rodartte Sr.
TDCJ # 1263270
Clemens Unit
9601 Spur 591
Amarillo, Texas 79107-9606

FILED
COURT OF [...] SAN ANTONIO
NOV -9 PM 12:31
KD McKinney
THE HOTLINE [...] DIST CLERK

Donna Kay McKinney
Bexar County Dist Clerk
101 W. Nueva #217
San Antonio, Texas 78205

November 01, 2015

RE: Receipt of New Suit John E. Rodartte Sr. In Behalf of His Mother, Rachel A. Rodartte, vs. Beneficial Texas Inc. Its Successors and Assigns, Do not Confuse with 2010-CI-14597 * See # 2011-CI-03434, which was sent in, Arround Sept. or Nov. 2010 or [...] was not filed until March and 2011 I have good reasons for what I say.

Dear Ms. McKinney;

On October 09, 2015 along with a printout of my Trust Fund, Account, I was mailed, my "Original Petition Against Beneficial Texas Inc. As a Defendant. I will invoke the Federal Mailbox Rule, that this letter serve Notice to your Office, to Help Assist me against losing my Home, due to Honenst Error, One, Two, Not so Honest Error, By this I mean, On Purpose delay and concealment, By Favorable decisions By Judges Because of their interests, Or favors to Attorneys, Judges, etc., Clerks as well.

This is extended to TDCJ Personnel as well. What this Does, only Confuses the willful and unlawful creation of an unfair Advantage for those in the Know, Corruption among the Ranks, Judges, Clerks, and Lawyers, As most recently shown there in Bexar County, By Federal Investigation and Conviction of a slap on the wrists of a Couple of Lawyers and Judges, well I hope you understand my concerns.

While these errors, will be claimed as "Honest" mistakes, the end result will be the loss of my Home, due to said Hidden Special favor Agendas By the aforementioned State & County Officials. I would Not say this, But it is my Experience with this very same Issues, that cause me to express such Sentiment towards those in Authority, Because, they have to Lie, Steal, Cheat to Win, Convict, or mess Peoples Lives, Just Because of a favor or deed. So my last Question, As A Dumb Question, I would Like to Know What is the Status of my Petition, Pursuant to R. Civ. Pro. 739.11 (a)(b) Should Stop the Unlawful Sale of my Home. And As I run out of Ink in which to finish this letter, Yes Because of TDCJ Personnel in concert with Same Cheats, By Not Issuing me Supplies, to maintain Unfair Advantage over Others. A clear failure to uphold Texas Const. Art. 16 § 1





# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Roberto Sr. John E        TDCJ # 1263270

Unit: (BC) Clements    Housing Assignment: 18 Bldg S 121

Unit where incident occurred: (BC) Clements

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? No one I'm on lockdown        When? 10/26/2015

What was their response? NONE AS USUAL

What action was taken? NONE, OR THAT THEY MADE A MISTAKE        NOV 0 2 2015

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 10/26/2015 I requested 25 sheets of paper, 1 pen to which empty (complete) what even that means ambiguous meaning, empty pen for exchange was not returned, 10 envelopes, none of requested supplies were issued, even with extensive justification. It does not really matter what quidelines indigent supply officers use to deny me supplies, I'm tired of being made out to be a liar, when the courts are what I need to go by, TDCJ officers should also but don't. This brings me to another serious concern as per corrispondence sent to warden Nash, this next issue will be considered inappropriate, excessive or even redundant, for non acceptance, thus making this unit or issues look lesser than they really are. Anyway, I truly believe that mail sent to the U.S. Supreme Court never arrives, that so my secure and private legal, is being opened and read by unit personnel. I make no "bones" abo when it comes to being denied supplies as beforementioned because so I have quite a long record of diacons when it comes to my being denied supplies, that even family has had to get involved. Being that this has gone on for years, to include current & 10/26/15

---

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

NOV 0 2 2015

Appendix F

THAT THERE SHOULD BE NO REASON FOR THIS TO BE AN ___ AS
PROBLEM, WITH ME & TDCJ. UNLESS THERE IS SOME OR ___ REASON
THAT DOES NOT EXIST ON TDCJ POLICY OR RULES, ___ TDCJ
POLICY AND RULE, ARE simply being used ___ BAD
EXCUSE TO DENY DENY ME OTHERWISE LEGIT AND justified
REQUESTS FOR SUPPLIES. I MEAN, JUST THE postage ALONE
PROVES MY ONGOING NEED, AS WELL AS MY INCOMING Legal
MAIL PROVES THIS. UNLESS SOMEONE READS MY MAIL AND
MAKES THEIR OWN DETERMINATION AS TO MY LEGAL NEEDS.

NOV 0 2 2015

**Action Requested to resolve your Complaint.** I'M NOT THAT STUPID, I'VE EXPLAINED
WHAT THE problem is, UNLESS YOU NEED EXPLAINING, I'LL DRAW

**Offender Signature:** ___ **Date:** 10/28/2 NOV 8 2 2015

**Grievance Response:** No RESPONSE

**Signature Authority:** ___ **Date:** ___

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant, Refer to grievance # 2016021258
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** V.Ramirez /V.Ramirez AUGI

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** ___

I-127 Back (Revised 11-2010)

Appendix F

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: VR |
| Grievance #: 2016036060 | |
| Screening Criteria Used: #9 299 | |
| Date Recd from Offender: NOV 0 2 2015 NOV 0 2 2015 | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

November 04, 2015 5:08 AM

To the Clerk & Justices of the Fourth Court of Appeals:

This morning, after having a late breakfast due to count error and chow hall running out of fried eggs, I attempted to attend law library session about 4:20am. At the door I was met by Officer Denna Davis, whom I've had too many disagreements in the past with. She proceeded to search my legal materials, notes, envelopes containing this Court's order from October 23, 2015 04-15-00647-cv and U.S.D.C. San Antonio Div. SA-15-CA-0870-FB to show that I had evidence of orders as well as evidence of court action, to justify my printout and supplies' needs.

I am asking for intervention and some kind of reprimand on Officer Denna Davis. I cannot pursue gainful research in peace, without worry that she will retaliate on me at anytime on just a whim. I don't know if she is being told to deny me legal supplies, all I know is I cannot proceed in a calm and completing of my work manner. See Allen Vs. Sakai 40 or 41 F.3d 1001 denial to supplies.

I don't know if this letter, along with my submission to this court will make it arrival. I therefore request examination of my envelope to ensure that it has not been tampered with. & I also apologize for having to include my submission to Bexar County Dist. Clerk Ms. McKinney, for filing, but my home is at stake here and I'm fighting for it. I do not want to lose my home because someone wants me to. You are welcome to read my submission to Dist. Court. I am also including a Step 1 grievance, to which I have written up just a few days ago concerning the same denial of supplies issues. I feel very uncomfortable in even requesting any supplies or permission to attend law library. On those I wish that I could attend law library here at BCADC Bexar County Adult Detention Center. Respectfully & Scared

SCARED

By order of 10/23/2015 by this Court, I will try to obtain a printout as requested. I don't know what else to do.

my filings will be late because of O. Davis



# TDCJ - INSTITUTIONAL DIVISION
## OFFICIAL LAYIN PASS
### ADMINISTRATIVE

EFFECTIVE DATE: 11/04/2015
FROM-TO TIME: 03:45-05:45
START DATE: 11/04/2015 END DATE: 11/04/2015

ADMIT: 01263270 RODARTE, JOHN SR
REASON: LAW LIBRARY 1ST HOUSE, 18S-121

JOB: UNASGN MEDICAL
EDUC:

COUNTROOM: GRANT                    00:00-00:00

TITLE: ADMIN